### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARK E. MAKIN**                                                                              **PLAINTIFF**

**v.**                                        **No. 3:24-cv-130-DPM**

**CHRIS MORRIS, Administrator,**
**Independence County Jail;**
**LANGSTON, Sgt., Jailer,**
**Independence County Jail; SHAWN**
**STEPHENS, Sheriff, Independence**
**County; and JOHN DOE, Chief,**
**Independence County Fire Department**                    **DEFENDANTS**

### ORDER

1.    The Court withdraws the reference.

2.    Makin hasn't paid the $405 filing and administrative fees or filed a free-world application to proceed *in forma pauperis*; and his time to do so has passed. *Doc. 7.* Makin's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_30 January 2025_