IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARK E. MAKIN**                                                                 **PLAINTIFF**

v.                              No. 3:24-cv-130-DPM

**CHRIS MORRIS, Administrator,
Independence County Jail;
LANGSTON, Sgt., Jailer,
Independence County Jail; SHAWN
STEPHENS, Sheriff, Independence
County; and JOHN DOE, Chief,
Independence County Fire Department**                **DEFENDANTS**

## JUDGMENT

Makin's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2025